# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

REGINALD H. BYNUM, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05823

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served REGINALD H. BYNUM the above process on the 13 day of February, 2017, at 10:20 o'clock, AM, at 6831 NORTH GRATZ STREET PHILADELPHIA, PA 19126, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of _Pa_ )
                             ) SS:
County of _Berks_           )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158202
Case ID #: 4813028

Subscribed and sworn to before me this _15_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

| USPS Manifest Mailing System | | PCO / Brittni A. | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5830-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703801848412<br>9171999991703801848412 | ESTES, JR., BODDIE<br>120 S. 5th Street<br>Darby, PA 19023 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801848429<br>9171999991703801848429 | ESTES, JR., BODDIE<br>1032 Ash Road<br>Sharon Hill, PA 19079 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801848436<br>9171999991703801848436 | BYNUM, REGINALD H.<br>6831 North Gratz Street<br>Philadelphia, PA 19126 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 3 | | 2.78 | 14.55 | | | 17.33 |
| Cumulative Totals | 3 | | 2.78 | 14.55 | | | 17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                  C     Certified
                                  ERR   Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | TO REGINALD BYNUM<br>BYNUM, REGINALD H.<br>6831 North Gratz Street<br>Philadelphia, PA 19126 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 1     Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)                    See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)         Complete by Typewriter, Ink, or Ball Point Pen

USA-158202   Philadelphia County   Sale Date:

REGINALD H. BYNUM

PCO - Back to Brittni Agustin